**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Duvell Mozart EVERETT,
Defendant—Appellant.**

No. 09–7495.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 15, 2009.

Decided: Dec. 18, 2009.

Duvell Mozart Everett, Appellant Pro Se. John Donley Adams, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Duvell Mozart Everett seeks to appeal the district court's order denying Everett's 28 U.S.C.A. § 2255 (West Supp.2009) motion. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. Rule 34(b). Everett's brief fails to challenge the district court's dispositive conclusion that he failed to demonstrate ineffective assistance of counsel. Accordingly, we deny a certificate of appealability, deny Everett's motion to appoint counsel, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

*DISMISSED.*